31315:sca:rc:December 22, 2016                                  Attorney No. 41535

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION-SIXTH DISTRICT

CHARLES M. BROWN, and K▮▮▮▮ )
L▮▮▮▮▮▮, a minor by and through his mother, )    2017L066007
and/or next friend, CHAUNTA BROWN. )              CALENDAR/ROOM P
                                     )            TIME 00:00
                                     )   No.      PI Motor Vehicle
Plaintiff,                           )
                                     )
vs.                                  )
                                     )   Amount: in excess of ONE HUNDRED
                                     )   THOUSAND ($100,000.00) Dollars plus
                                     )   the cost of this suit.
                                     )
MARTIN'S BULK MILK SERVICE, INC., a  )
foreign corporation and ROYCE SHULTIS, )
                                     )   Return Date: 3/13/17
                                     )
Defendants.                          )
                                     )

## COMPLAINT

NOW COMES the Plaintiff, CHARLES M. BROWN and K▮▮▮ L▮▮▮▮, a minor by and through his mother and/or next friend, CHAUNTA BROWN, by and through their attorneys, THE VRDOLYAK LAW GROUP, LLC, and complaining of the Defendants, MARTIN'S BULK MILK SERVICE, INC., and ROYCE SHULTIS, and states as follows:

### COUNT I - Charles M. Brown v. Martin's Bulk Milk Service

1. That on or about August 20, 2015, ROYCE SHULTIS, an employee and/or authorized and/or ostensible agent of the Defendant, MARTIN'S BULK MILK SERVICE, INC., operated, controlled and drove a motor vehicle, traveling in a generally eastbound direction at 11100 S. Corliss Avenue, at or near the intersection of Corliss Avenue, City of Chicago, State of Illinois.

1



RECEIVED
FEB 15 2017
Monroe County Sheriff's Office

2. That at the aforesaid time and place, and at all relevant times herein, the Defendant, MARTIN'S BULK MILK SERVICE, INC., owned and maintained said motor vehicle then and there operated, controlled and driven by said employee and/or authorized and/or ostensible agent of the, Defendant, ROYCE SHULTIS.

3. That at the aforesaid time and place, and at all relevant times herein, said employee and/or ostensible agent of the Defendant, ROYCE SHULTIS, operated, controlled and drove said motor vehicle with the knowledge, consent and express and/or implied permission of the Defendant, MARTIN'S BULK MILK SERVICE, INC.

4. That at the aforesaid time and place, and all relevant times herein, said employee and/or authorized and/or ostensible agent of the Defendant, ROYCE SHULTIS, operated, controlled and drove said motor vehicle within the permission of the Defendant, MARTIN'S BULK MILK SERVICE, INC.

5. That at the aforesaid time and place, and at all relevant times herein, the Defendant, MARTIN'S BULK MILK SERVICE, INC., had a right of control over said employee and/or authorized and/or ostensible agent, ROYCE SHULTIS, in the operation of the aforesaid motor vehicle.

6. That at the aforesaid time and place, and at all relevant times herein, said employee and/or authorized agent of the Defendant, ROYCE SHULTIS, was conducting himself in such a manner as to cause members of the general public, including the Plaintiff, CHARLES M. BROWN, to believe that he was an employee and/or authorized agent of the Defendant, MARTIN'S BULK

RECEIVED

FEB 15 2017

Monroe County Sheriff's Office

MILK SERVICE, INC

7. That at the aforesaid time and place, the Plaintiff, CHARLES M. BROWN, owned, operated, controlled and drove a motor vehicle, traveling in a generally eastbound direction at 11100 S. Corliss Avenue, at or near the intersection of Corliss Avenue, City of Chicago, State of Illinois.

8. That at the aforesaid time and place, the Defendant, MARTIN'S BULK MILK SERVICE, INC., as owner and principal through its agent, said employee and/or ostensible agent, ROYCE SHULTIS, did then and their drive said motor vehicle into a violent collision with the aforesaid motor vehicle then and there driven by the Plaintiff, CHARLES M. BROWN.

9. That the aforesaid time and place, the Defendant, MARTIN'S BULK MILK SERVICE, INC., as owner and principal through its agent, said employee and/or authorized and/or ostensible agent, ROYCE SHULTIS, owed a duty to the Plaintiff, CHARLES M. BROWN, and to the public generally to exercise due and proper care and caution in the operation of said motor vehicle.

10. That at the aforesaid time and place, the Defendant, MARTIN'S BULK MILK SERVICE, INC., as owner and principal through its agent, said employee and/or authorized and/or ostensible agent, ROYCE SHULTIS, breached the aforesaid duty to the Plaintiff, CHARLES M. BROWN, through one or more of the following acts and /or omissions:

(a) operated, controlled and drove said motor vehicle into collision with Plaintiff's vehicle, which was the proximate cause of the injuries to the Plaintiff;

(b) failed to keep said motor vehicle under proper and sufficient control;

(c) operated, controlled and drove said motor vehicle so that as a direct and proximate result thereof, Plaintiff was injured;

3

RECEIVED

FEB 15 2017

Monroe County Sheriff's Office

(d) operated, controlled and drove said motor vehicle without keeping a proper and sufficient lookout;

(e) failed to decrease speed so as to avoid colliding with Plaintiff, in violation of 625 ILCS 5/11-601;

(f) failed to give an audible warning with horn when such warning was reasonably necessary to insure safety, in violation of 625 ILCS 5/12-601;

(g) failed to yield the right-of-way to plaintiff's vehicle in violation of 625 ILCS 5/11-901;

11. As a direct and proximate result of one or more of the aforesaid negligent and careless acts and/or omissions of the Defendant, MARTIN'S BULK MILK SERVICE, INC., the Plaintiff, CHARLES M. BROWN, suffered injuries and damages, including property damage, of a personal, pecuniary and permanent nature.

WHEREFORE, the Plaintiff, CHARLES M. BROWN, demands judgment against the Defendant, MARTIN'S BULK MILK SERVICE, INC., for a sum in excess of ONE HUNDRED THOUSAND AND NO/100THS ($100,000.00) Dollars plus the cost of this suit.

## COUNT II - Charles M. Brown v. Royce Shultis

1. That on or about August 20, 2015, ROYCE SHULTIS, operated, controlled and drove a motor vehicle, traveling in a generally eastbound direction at 11100 S. Corliss Avenue, at or near the intersection of Corliss Avenue, City of Chicago, State of Illinois.

2. That at the aforesaid time and place, the Plaintiff, CHARLES M. BROWN, owned, operated, controlled and drove a motor vehicle, traveling in a generally eastbound direction, at 11100 S. Corliss Avenue, at or near the intersection of Corliss Avenue, City of Chicago, State of Illinois.

3. That at the aforesaid time and place, the Defendant, did then and their drive said

4

RECEIVED
FEB 15 2017
Monroe County Sheriff's Office

motor vehicle into a violent collision with the aforesaid motor vehicle then and there driven by the Plaintiff, CHARLES M. BROWN.

4. That at the aforesaid time and place, the Defendant, ROYCE SHULTIS, owed a duty to the Plaintiff, CHARLES M. BROWN, and to the public generally to exercise due and proper care and caution in the operation of said motor vehicle.

5. That at the aforesaid time and place, the Defendant, ROYCE SHULTIS, breached the aforesaid duty to the Plaintiff, CHARLES M. BROWN, through one or more of the following negligent and careless acts and/or omissions:

(a) operated, controlled and drove said motor vehicle into collision with Plaintiff's vehicle, which was the proximate cause of the injuries to the Plaintiff;

(b) failed to keep said motor vehicle under proper and sufficient control;

(c) operated, controlled and drove said motor vehicle so that as a direct and proximate result thereof, Plaintiff was injured;

(d) operated, controlled and drove said motor vehicle without keeping a proper and sufficient lookout;

(e) failed to decrease speed so as to avoid colliding with Plaintiff, in violation of 625 ILCS 5/11-601;

(f) failed to give an audible warning with horn when such warning was reasonably necessary to insure safety, in violation of 625 ILCS 5/12-601;

(g) failed to yield the right-of-way to plaintiff's vehicle in violation of 625 ILCS 5/11-901;

6. As a direct and proximate result of one or more of the aforesaid negligent and careless acts and/or omissions of the Defendant, ROYCE SHULTIS, the Plaintiff, CHARLES M. BROWN, suffered injuries and damages, of a personal, pecuniary and permanent nature.

WHEREFORE, the Plaintiff, CHARLES M. BROWN, demands judgment against the Defendant, ROYCE SHULTIS, for a sum in excess of ONE HUNDRED THOUSAND AND

RECEIVED
FEB 15 2017
Monroe County Sheriff's Office

NO/100THS ($100,000.00) Dollars plus the cost of this suit.

### COUNT III - K████ L████, a minor v. Martin's Bulk Milk Service

1. That on or about August 20, 2015, ROYCE SHULTIS, an employee and/or authorized and/or ostensible agent of the Defendant, MARTIN'S BULK MILK SERVICE, INC., operated, controlled and drove a motor vehicle, traveling in a generally eastbound direction at 11100 S. Corliss Avenue, at or near Corliss Avenue, City of Chicago, State of Illinois.

2. That at the aforesaid time and place, and at all relevant times herein, the Defendant, MARTIN'S BULK MILK SERVICE, INC., owned and maintained said motor vehicle then and there operated, controlled and driven by said employee and/or authorized and/or ostensible agent of the, Defendant, ROYCE SHULTIS.

3. That at the aforesaid time and place, and at all relevant times herein, said employee and/or ostensible agent of the Defendant, ROYCE SHULTIS, operated, controlled and drove said motor vehicle with the knowledge, consent and express and/or implied permission of the Defendant, MARTIN'S BULK MILK SERVICE, INC.

4. That at the aforesaid time and place, and all relevant times herein, said employee and/or authorized and/or ostensible agent of the Defendant, ROYCE SHULTIS, operated, controlled and drove said motor vehicle within the permission of the Defendant, MARTIN'S BULK MILK SERVICE, INC.

5. That at the aforesaid time and place, and at all relevant times herein, the Defendant, MARTIN'S BULK MILK SERVICE, INC., had a right of control over said employee and/or authorized and/or ostensible agent, ROYCE SHULTIS, in the operation of the aforesaid motor vehicle.

RECEIVED
FEB 15 2017
Monroe County Sheriff's Office

6. That at the aforesaid time and place, and at all relevant times herein, said employee and/or authorized agent of the Defendant, ROYCE SHULTIS, was conducting himself in such a manner as to cause members of the general public, including the Plaintiff, K▓▓ L▓▓, a minor to believe that he was an employee and/or authorized agent of the Defendant, MARTIN'S BULK MILK SERVICE, INC

7. That at the aforesaid time and place, the Plaintiff, CHARLES M. BROWN, owned, operated, controlled and drove a motor vehicle, traveling in a generally southbound direction at or near 11100 S. Corliss Avenue, City of Chicago, State of Illinois.

8. That at the aforesaid time and place, the Defendant, MARTIN'S BULK MILK SERVICE, INC., as owner and principal through its agent, said employee and/or ostensible agent, ROYCE SHULTIS, did then and their drive said motor vehicle into a violent collision with the aforesaid motor vehicle in which Plaintiff, K▓▓ L▓▓, a minor was a passenger.

9. That the aforesaid time and place, the Defendant, MARTIN'S BULK MILK SERVICE, INC., as owner and principal through its agent, said employee and/or authorized and/or ostensible agent, ROYCE SHULTIS, owed a duty to the Plaintiff, K▓▓ L▓▓, a minor and to the public generally to exercise due and proper care and caution in the operation of said motor vehicle.

10. That at the aforesaid time and place, the Defendant, MARTIN'S BULK MILK SERVICE, INC., as owner and principal through its agent, said employee and/or authorized and/or ostensible agent, ROYCE SHULTIS, breached the aforesaid duty to the Plaintiff, K▓▓ L▓▓, a minor through one or more of the following acts and /or omissions:

   (a)   operated, controlled and drove said motor vehicle into collision with Plaintiff's vehicle, which was the proximate cause of the injuries to the Plaintiff;

7

RECEIVED
FEB 15 2017
Monroe County Sheriff's Office

(c) failed to keep said motor vehicle under proper and sufficient control;

(c) operated, controlled and drove said motor vehicle so that as a direct and proximate result thereof, Plaintiff was injured;

(d) operated, controlled and drove said motor vehicle without keeping a proper and sufficient lookout;

(e) failed to decrease speed so as to avoid colliding with Plaintiff, in violation of 625 ILCS 5/11-601;

(f) failed to give an audible warning with horn when such warning was reasonably necessary to insure safety, in violation of 625 ILCS 5/12-601;

(g) failed to yield the right-of-way to plaintiff's vehicle in violation of 625 ILCS 5/11-901;

11. As a direct and proximate result of one or more of the aforesaid negligent and careless acts and/or omissions of the Defendant, MARTIN'S BULK MILK SERVICE, INC., the Plaintiff, K▆▆▆ L▆▆▆▆, a minor suffered injuries and damages, including property damage, of a personal, pecuniary and permanent nature.

WHEREFORE, the Plaintiff, K▆▆▆ L▆▆▆▆, a minor by and her mother and/or next friend, CHAUNTA BROWN demands judgment against the Defendant, MARTIN'S BULK MILK SERVICE, for a sum in excess of ONE HUNDRED THOUSAND AND NO/100THS ($100,000.00) Dollars plus the cost of this suit.

## COUNT IV – CHAUNTA BROWN (individually) vs. MARTIN'S BULK MILK SERVICE, INC

1-11. The Plaintiff restates, adopts, and alleges paragraphs 1-11 of Count III as paragraphs 1-11 of Count IV as if fully stated herein.

8. As a further direct and proximate result of the negligent acts and or omissions on the part of the Defendant, and as a proximate result of the injuries suffered by K▆▆▆ L▆▆▆▆, a

8

RECEIVED

FEB 15 2017

Monroe County Sheriff's Office

minor, by and through his mother and/or next friend, CHAUNTA BROWN, incurred medical and ancillary costs, for which she claims damages pursuant to the Illinois Family Expense Act 750 ILCS 65/15.

WHEREFORE, the Plaintiff, CHAUNTA BROWN, individually, demands judgment against the Defendant, MARTIN'S BULK MILK SERVICE, INC, for a sum to be determined by the evidence at the time of trial, plus the costs of this suit.

### COUNT V – K___ L___ v. Royce Shultis

1. That on or about August 20, 2015, ROYCE SHULTIS, operated, controlled and drove a motor vehicle, traveling in a generally eastbound direction at 11100 S. Corliss Avenue, at or near the intersection of Corliss Avenue, City of Chicago, State of Illinois.

2. That at the aforesaid time and place, the Plaintiff, K___ L___, a minor was a passenger in a motor vehicle driven by Co-Plaintiff, CHARLES BROWN, traveling in a generally eastbound direction, at 11100 S. Corliss Avenue, at or near the intersection of Corliss Avenue, City of Chicago, State of Illinois.

3. That at the aforesaid time and place, the Defendant, did then and their drive said motor vehicle into a violent collision with the aforesaid motor vehicle then and there driven by the Plaintiff, K___ L___, a minor was a passenger.

4. That at the aforesaid time and place, the Defendant, ROYCE SHULTIS, owed a duty to the Plaintiff, K___ L___, and to the public generally to exercise due and proper care and caution in the operation of said motor vehicle.

5. That at the aforesaid time and place, the Defendant, ROYCE SHULTIS, breached the aforesaid duty to the Plaintiff, K___ L___, a minor, through one or more of the following negligent and careless acts and/or omissions:

RECEIVED

FEB 15 2017

Monroe County Sheriff's Office

(a) operated, controlled and drove said motor vehicle into collision with the motor vehicle in which Plaintiff was a passenger;

(d) failed to keep said motor vehicle under proper and sufficient control;

(c) operated, controlled and drove said motor vehicle so that as a direct and proximate result thereof, Plaintiff was injured;

(d) operated, controlled and drove said motor vehicle without keeping a proper and sufficient lookout;

(e) failed to decrease speed so as to avoid colliding with Plaintiff, in violation of 625 ILCS 5/11-601;

(f) failed to give an audible warning with horn when such warning was reasonably necessary to insure safety, in violation of 625 ILCS 5/12-601;

(g) failed to yield the right-of-way to plaintiff's vehicle in violation of 625 ILCS 5/11-901;

6. As a direct and proximate result of one or more of the aforesaid negligent and careless acts and/or omissions of the Defendant, ROYCE SHULTIS, the Plaintiff, K▇▇▇ L▇▇▇▇, a minor suffered injuries and damages, of a personal, pecuniary and permanent nature.

WHEREFORE, the Plaintiff, K▇▇▇ L▇▇▇▇, a minor by and through her mother and/or next friend, CHAUNTA BROWN demands judgment against the Defendant, ROYCE SHULTIS, for a sum in excess of ONE HUNDRED THOUSAND AND NO/100THS ($100,000.00) Dollars plus the cost of this suit.

## COUNT VI – CHAUNTA BROWN (individually) vs. ROYCE SHULTIS

1-7. The Plaintiff restates, adopts, and alleges paragraphs 1-7 of Count V as paragraphs 1-7 of Count VI as if fully stated herein.

8. As a further direct and proximate result of the negligent acts and or omissions on the part of the Defendant, and as a proximate result of the injuries suffered by K▇▇▇ L▇▇▇▇, a minor, by and through his mother and/or next friend, CHAUNTA BROWN, incurred/received

10

RECEIVED
FEB 15 2017
Monroe County Sheriff's Office

ancillary costs, for which she claims damages pursuant to the Illinois Family Expense Act 750 ILCS 65/15.

WHEREFORE, the Plaintiff, CHAUNTA BROWN, individually, demands judgment against the Defendant, SHULTIS ROYCE, for a sum to be determined by the evidence at the time of trial, plus the costs of this suit.

Attorney for Plaintiff

**THE VRDOLYAK LAW GROUP, LLC**
**By: Steven C. Armbruster**
Attorney for Plaintiff
9618 S. Commercial Avenue
Chicago, IL 60617
773-731-3311

RECEIVED
FEB 15 2017
Monroe County Sheriff's Office