MM-49143

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CHARLES M. BROWN and K.L., a minor by and through his mother and/or next friend, CHAUNTA BROWN, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 17-cv-2072 |
| MARTIN'S BULK MILK SERVICE, INC., a foreign corporation and ROYCE SHULTIS, ) ) ) ) | |
| Defendants. ) | |

### STIPULATION TO DISMISS

It is hereby stipulated and agreed by and between the parties to the above entitled action, acting through their respective attorneys, that said action be dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Agreed to by the parties hereunder:

Vrdolyak Law Group, LLC
Attorney for Plaintiffs
9618 South Commercial Avenue
Chicago, IL 60617

Kralovec & Marquard, Chartered
Attorney for Defendants
55 W. Monroe St, Suite 1000
Chicago, IL 60603

Law Offices of Marc E. Abramson
Attorney for Counter-Defendant
161 N. Clark Street, Suite 1800
Chicago, IL 60601

MM-49143

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CHARLES M. BROWN and K.L., a minor by and through his mother and/or next friend, CHAUNTA BROWN, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 17-cv-2072 |
| MARTIN'S BULK MILK SERVICE, INC., a foreign corporation and ROYCE SHULTIS, ) ) ) ) | |
| Defendants. ) | |

### STIPULATION TO DISMISS

It is hereby stipulated and agreed by and between the parties to the above entitled action, acting through their respective attorneys, that said action be dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Agreed to by the parties hereunder:

*Benjamin Kelly*
Vrdolyak Law Group, LLC
Attorney for Plaintiffs
9618 South Commercial Avenue
Chicago, IL 60617

Kralovec & Marquard, Chartered
Attorney for Defendants
55 W. Monroe St, Suite 1000
Chicago, IL 60603


Law Offices of Marc F. Abramson
Attorney for Counter-Defendant
161 N. Clark Street, Suite 1800
Chicago, IL 60601